No. 138, Misc. RAINEY v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 472, Misc. ELLIS v. REID, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondent.

No. 487, Misc. LIPSCOMB v. MADIGAN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondent.

No. 507, Misc. BELL v. ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 543, Misc. TYNE v. NATIONAL SUPPLY CO. ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin Wham* and *John E. Owens* for petitioner. *Frank D. Mayer, Robert L. Stern* and *Milton L. Fisher* for National Supply Co., respondent.

No. 558, Misc. EYCHAS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 566, Misc. ECHOLS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.